# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BEVERLY JO JONES,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 06-00057-KD-B |
| **J. JERRY PILGRIM,** | : |
| Defendant. | : |
| | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is **ORDERED** that petitioner's action be **DISMISSED** with prejudice for lack of subject matter jurisdiction.

DONE this 24th day of May, 2006.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**